| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| Case number (If known): _____ Chapter 15 |

TIME  3:00 PM

FILED
FEB 8 2024
ADRIENNE D. ATKINS, CLERK
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  CARROLS LLC

**2. Debtor's unique identifier**

For non-individual debtors:

☒ Federal Employer Identification Number (EIN)  26 – 2614958

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  RESTAURANT BRANDS INTERNATIONAL

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  TORONTO , ONTARIO , CANADA

**5. Nature of the foreign proceeding**

Check one:
☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

PENDING WHITE COLLAR CRIMES PROBES .

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☒ Yes

Debtor ___CARROLS LLC : EIN # 26-2614958___  
     Name

Case number (if known) _____

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   CANADA

   Debtor's registered office:

   874 SINCLAIR ROAD  
   Number    Street

   _____  
   P.O. Box

   OAKVILLE , ON L6K 2Y1 , CANADA  
   City    State/Province/Region    ZIP/Postal Code

   CANADA  
   Country

   Individual debtor's habitual residence:

   968 JAMES ST  
   Number    Street

   _____  
   P.O. Box

   SYRACUSE , NY 13203  
   City    State/Province/Region    ZIP/Postal Code

   USA  
   Country

   Address of foreign representative(s):

   65 SIDNEY ST  
   Number    Street

   _____  
   P.O. Box

   BUFFALO , NY 14211  
   City    State/Province/Region    ZIP/Postal Code

   USA  
   Country

10. **Debtor's website** (URL)   n/a

11. **Type of debtor**

    Check one:

    ☐ Non-individual (check one):

       ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☒ Other. Specify: __SEC CORPORATION__

    ☐ Individual

Debtor __CARROLS LLC : EIN # 26-2614958_____  Case number (if known)_____
       Name

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
__WHISTLEBLOWER,FRAUD,PONZI SCHEMES AND WHITE COLLAR CRIMES.__

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____   WILLIE JOHNSON
Signature of foreign representative           Printed name

Executed on __02 /04/2024__
             MM / DD / YYYY

✗ _____   ROBERT W JOHNSON
Signature of foreign representative           Printed name

Executed on __02/04/2024__
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date __02/04/2024__
Signature of Attorney for foreign representative        MM / DD / YYYY

WILLIE JOHNSON
Printed name
ATEM FARMS
Firm name
65 SIDNEY ST
Number    Street
BUFFALO                                    NY           14211
City                                       State        ZIP Code

716-445-1734                               atemllc2023@gmail.com
Contact phone                              Email address

9909                                       USA
Bar number                                 State